UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ALVINO SANTACRUZ-RIVERA, | ) | |
| | ) | |
| Petitioner, | ) | CASE NO. C09-832-MJP |
| | ) | (CR06-425-MJP) |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | ORDER DISMISSING MOTION |
| | ) | UNDER 28 U.S.C. § 2255 |
| Respondent. | ) | |
| _____ | ) | |

The Court has reviewed petitioner's § 2255 motion, the government's response thereto, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record. Petitioner has not filed any Objections to Judge Theiler's Report and Recommendation. The Court does hereby find and Order:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (Dkt. No. 1), and this action, are DISMISSED with prejudice.

(3) The Clerk is directed to send copies of this Order to petitioner, to counsel for the government, and to Judge Theiler.

DATED this 1st day of December, 2009.

_____
Marsha J. Pechman
United States District Judge

ORDER DISMISSING § 2255 MOTION